

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00172-CV

NEXION HEALTH AT KINGSVILLE, INC. D/B/A LONE STAR RANCH HEALTHCARE
AND REHABILITATION CENTER; NEXION HEALTH, INC.;
NEXION HEALTH OF OHI, INC.; NEXION HEALTH LEASING, INC.
v.
ESTHER GARZA, INDIVIDUALLY AND ON BEHALF
OF THE ESTATE OF SILVINA GARZA

On Appeal from the
105th District Court of Kleberg County, Texas
Trial Court Cause No. 23-228-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

April 17, 2025